

U. S. Department of Justice

United States Attorney
Western District of Virginia

| | | |
|---|---|---|
| John P. Fishwick, Jr.<br>United States Attorney | *Street Address (overnight mail)*<br>*310 First Street, SW, Room 906*<br>*Roanoke, Virginia 24011* | *Mailing Address*<br>*P. O. Box 1709*<br>*Roanoke, Virginia 240081709*<br>Telephone: 540-857-2250<br>Fax: 540-857-2614 |

July 19, 2016

***VIA ELECTRONIC MAIL AND U.S. MAIL***

Sidney H. Kirstein, Esquire
P. O. Box 8
Lynchburg, VA  24505

      Re:    *Sabrinia E. Evans v. United States of America*
                 Civil Action No. 4:16-CV-00020

Dear Mr. Kirstein:

      We write for the limited purpose of advising you that it appears that you have failed to effect proper service of process under the Federal Rules of Civil Procedure.  This letter should in no way be considered or construed to be an appearance in this case and is intended solely to advise you of the deficiency in service, refer you to the Federal Rule of Civil Procedure setting forth the requirements for service, and provide you with an opportunity to correct any service deficiencies.  We are doing this for the limited purpose of avoiding time consuming motions to dismiss based on a failure to effect proper service in this case.

      Federal Rule of Civil Procedure 4(i) sets forth the requirements for serving the United States and its agencies, corporations, officers, or employees, and you must comply with these requirements to effect proper service under the Federal Rules of Civil Procedure.  Federal Rule

of Civil Procedure 4(l) specifies the manner in which service must be proved.  Please consult these rules so that you can take the necessary steps to correct the service deficiencies in this case.

            Very truly yours,

            JOHN P. FISHWICK, JR.
            United States Attorney

            */s/ Kartic Padmanabhan*

            Kartic Padmanabhan
            Assistant United States Attorney

KP:jwm

cc:  Julia C. Dudley, Clerk of Court (w/enc.)