# McNamara, Jennifer (USAVAW)

| | |
|---|---|
| **From:** | Sidney Kirstein <skirsteinesq@aol.com> |
| **Sent:** | Tuesday, July 19, 2016 11:40 AM |
| **To:** | McNamara, Jennifer (USAVAW) |
| **Subject:** | Re: Sabrinia E. Evans v. United States of America |

Thank you... I will.

Sidney H. Kirstein
Attorney-At-Law
1319 C Enterprise Drive
Lynchburg, VA 24502
434-846-6868 office
434-846-6870 fax


-----Original Message-----
From: McNamara, Jennifer (USAVAW) (USAVAW) <Jennifer.McNamara@usdoj.gov>
To: Sidney Kirstein <skirsteinesq@aol.com>
Cc: Padmanabhan, Kartic (USAVAW) (USAVAW) <Kartic.Padmanabhan@usdoj.gov>
Sent: Tue, Jul 19, 2016 10:21 am
Subject: RE: Sabrinia E. Evans v. United States of America

Mr. Kirstein,

In order to comply with Rule 4(i)(1), please send the complaint and summons to (1) my attention via registered or certified mail as I am designated as a civil process clerk, (2) the Attorney General of the United States via registered or certified mail, and (3) to the agency via registered or certified mail. Thank you.

Jennifer W. McNamara
Civil Paralegal
United States Attorney's Office
Western District of Virginia
(540) 857-2918


-----Original Message-----
From: Sidney Kirstein [mailto:skirsteinesq@aol.com]
Sent: Tuesday, July 19, 2016 9:47 AM
To: McNamara, Jennifer (USAVAW)
Subject: Re: Sabrinia E. Evans v. United States of America

Thanks for your letter and I will do so.  However, I did call your offices and was advised that a mailing to Mr. Fishwick would be acceptable and that the USA would accept service in this manner.  Nevertheless, I will back up and reissue service.
Sid Kirstein

Sidney H. Kirstein
Attorney-At-Law

1

EXHIBIT A

1319 C Enterprise Drive
Lynchburg, VA 24502
434-846-6868 office
434-846-6870 fax


-----Original Message-----
From: McNamara, Jennifer (USAVAW) (USAVAW) <Jennifer.McNamara@usdoj.gov>
To: skirsteinesq <skirsteinesq@aol.com>
Cc: Padmanabhan, Kartic (USAVAW) (USAVAW) <Kartic.Padmanabhan@usdoj.gov>
Sent: Tue, Jul 19, 2016 9:39 am
Subject: Sabrinia E. Evans v. United States of America


Mr. Kirstein,

Please find attached a letter from AUSA Kartic Padmanabhan regarding service of this matter.  Thank you.


Jennifer W. McNamara
Civil Paralegal
United States Attorney's Office
Western District of Virginia
(540) 857-2918

2
Case 4:16-cv-00020-JLK-RSB   Document 7-1   Filed 09/20/16   Page 2 of 2   Pageid#: 21